UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

RECEIVED
FEB 01 2021
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 FEB -1 AM 11:18
OFFICE OF THE CLERK

ALEX KELLUM,
Plaintiff,

v.

NEBRASKA HUMANE SOCIETY,
Respondent.

§
§
§
§
§
§
§
§
§
§

8:21cv36

CIVIL COMPLAINT

Comes now, Alex Kellum, herein after known as petitioner, Pro Se moves this court to grant relief in this civil complaint due to violations of civil rights that are protected by the CONSTITUTION of the United States.

BACKGROUND

On or about 2-23-2018, the Nebraska Humane Society, came to my home saying they had recieved a call for a complaint of dog fighting. I told them that no dogs were fihgting. They asked to see my dogs and I told them no and asked them to leave. Then they stated that this was an investigation for dog fighting and they needed everyone to come outside and that no one could go into the house. I requested to see the warrant. They said that it was coming and they proceeded to put me into a cop car. They went inside my property and begane taking my dogs. Five hours latter a woman came with a single paper, stating that it wasthe warrant. From what I saw it did not have an affidavit with it to show probable cause. I was in the cop car for nine hours. I was then told I can go and that the dogs were a part of an investigation now. I called everyday and was told the same. Then I was told my dogs were mean and that they put down every one of them besides two puppies. They told me that these puppies would be put down if I didn't

sign them over in order for them to be adopted out. They told me that my family would be able to adopt these two puppies and when my family went to adopt these puppies they were not there or did not know where they were.

**ARGUMENT**

I have been deprived of my dogs and being able to continue a breed that has been here for centry's. I have been breeding these dogs for show and for livelyhood. I was not given a chance to go to court for the supposed dog fighting violating my Due Process rights. There was also the fact that I was not given a propper hearing for regaining my dogs back. Defendants commited an illegal search of plaintiffs residence and illegally seized their property. Although the search was conducted pursuant to a warrant, plaintiff alleges that the warrant was faulty because it was based on false information provided by certain defendants. The existance of a warrant does not preclude a claim for illegal search and seizure if the search warrant was invalid as a matter of law because it was based on false statements included in the affidavit of probable cause. **Sherwood v. Mulvihill, 113 F3d 396, 399 (3rd Cir.1997)** To state a §1983 claim based uponan allegedly invalid search warrant, "the plaintiff must allege(1)the state actor knowingly and deliberately, or with a reckless disregard for the truth, made false statements or omissions that create a falsehood in applying for the warrant, and(2) that such statements or omissions are material or necessary to the finding of probable cause".**Allen v. Pa.Soc'y for prevention of cruelty to animals,488 F.Supp.2d 450, 464(M.D.Pa.2007)** quoting **Wilson v. Russo, 212 F3d 781, 786-87(3rd Cir. 2000).** A false assertion of fact "is made with reckless disregard when viewing all the evidence, the affidavit must have entertained serious doubts as

to the truth of his statements or had obvious reasons to doubt the accuracy of the information he reported". **Wilson,212 F.3d at 788** quoting **United States v. Clapp, 46 F.3d 795, 800(8th Cir.1995)).** "Section 1983 liability extends to a private party where the private party engaged in state action under the color of law and thereby deprived a plaintiff of some right, privilege, or immunity protected by the CONSTITUTION or the laws of the United States." **Brunette v. Humane Society of Ventura County, 294 F.3d 1205, 1209(9th Cir.2002)** see also **Rendell-Baker v. Kohn, 457 U.S. 830,840-43(1982).** Plaintiff suffered by these actions by the defendants. When a person is deprived of his property, without due process, it is a violation of several rights that are supposed to be protected by the people elected to protect those rights. Even though plaintiff does not consider his dogs as property due to the fact that he raised these animals from birth and considered them more like family, they were still his and under the laws of the United States are considered his property that were taken without probable cause.

## CONCLUSION

Wherefore premisses considered, plaintiff is requesting his property returned and or that monetary damages be paid in the amount of **fifty million dollars for loss of wages and emotional and mental stress.**
**IT IS SO PRAYED.**

Date: 1-28-2021

Respectfully Submitted,

Alex Kellum
Reg#18450-047
FMC ROCHESTER
Rochester, M.N. 55903-4000

# CERTIFICATE OF SERVICE

I, Alex Kellum, declare under the penalty of perjury that this true and correct copy was placed into the mailing system located at this facility on January 29,2021, to be deposited into the United States Postal Service to be hand delivered to this Honorable Court and to the following respondent:

Nebraska Humane Society
Kelli Brown/Badge#151
8929 Fort Street
Omaha, Nebraska, 68134

Alex Kellum
Reg#18450-047

COMMITTED NAME: Alex Kellum
REG. NO. & QTRS.: 18450-047
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550
29 JAN 2021 PM 6 L

FOREVER / USA

RECEIVED
FEB 01 2021
CLERK
U.S. DISTRICT COURT

U.S. District Court
Office of the Clerk
Suite 1152
111 S. 18th Plaza
Omaha, NE, 68102-0000

68102-132277