IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEX KELLUM, <br><br> Plaintiff, <br><br> vs. <br><br> NEBRASKA HUMANE SOCIETY, <br><br> Defendant. | **8:21CV36** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on the Notice of Appeal, Filing No. 27, seeking to appeal the Court's Memorandum and Order, Filing No. 26, denying Plaintiff's Motion for Leave to Amend, Filing No. 25, and the Clerk of Court's Memorandum concerning Plaintiff's eligibility to proceed on appeal in forma pauperis, Filing No. 28.

On January 18, 2023, the Court directed Plaintiff to submit a certified trust account statement so the Court could assess Plaintiff's initial partial appellate filing fee as required by 28 U.S.C. § 1915(b)(1). Filing No. 32 at 3. The Court warned Plaintiff that failure to submit the trust account statement would result in denial of leave to proceed in forma pauperis on appeal. Filing No. 32 at 3. Plaintiff has failed to submit a certified trust account statement or otherwise respond to the Court's Memorandum and Order.

IT IS THEREFORE ORDERED: Petitioner may not proceed on appeal in forma pauperis.

Dated this 28th day of March, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge